No. 149. BANNER CLEANERS & DYERS, INC. *v.* LOUISIANA. Jurisdictional statement distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *American Sugar Refining Co.* v. *Louisiana,* 179 U. S. 89; *Quong Wing* v. *Kirkendall,* 223 U. S. 59, 62, 63; *Tax Commissioners* v. *Jackson,* 283 U. S. 527, 537–538. *Mr. Moses C. Scharff* for appellant. *Mr. Charles J. Rivet* for appellee.

No. 157. EASTMAN *v.* OHIO. Jurisdictional statement distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Rankin* v. *State,* 11 Wall. 380; *Heike* v. *United States,* 217 U. S. 423, 432–433. *Messrs. H. W. Fraser, E. R. Eppler,* and *R. H. Baker* for appellant. *Messrs. Frazier Reams* and *Joel S. Rhinefort* for appellee.